IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00195-WYD

JASON C. GOODES,

    Applicant,

v.

DAVID M. ZUPAN, Warden, Fort Lyon Correctional Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER

    Applicant initiated this action on January 26, 2011, by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  He has paid the $5.00 filing fee.  Inadvertently, the Clerk's Office assigned this case to me.  Under D.C.COLO.LCivR 8.2C, all prisoner actions are assigned initially to the *pro se* division of the court for initial review.  If the action is not dismissed summarily in that review process, then the case is assigned to a district judge and to a magistrate judge in accordance with D.C.COLO.LCivR. 40.1.  *See* D.C.COLO.LCivR. 8.2D.  Accordingly, it is

    ORDERED that this action is re-assigned to the *pro se* division of the court for initial review as required by D.C.COLO.LCivR. 8.2.C.

    Dated:  March 31, 2011

                                           BY THE COURT:

                                           s/ Wiley Y. Daniel
                                           Wiley Y. Daniel
                                           Chief United States District Judge